■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN BATTLES, Appellant. [4 NYS3d 918]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 15, 2009 (*People v Battles*, 65 AD3d 1161 [2009], *mod* 16 NY3d 54 [2010]), modifying a judgment of the Supreme Court, Kings County, rendered May 2, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Balkin, Hall and Sgroi, JJ., concur.